UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE WILLIAMS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GTT AMERICAS, LLC, a Delaware limited liability company; GC PIVOTAL LLC doing business as GLOBAL CAPACITY, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:18-cv-01565-JAK-KK<br><br>**ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE (DKT. [27])**<br><br>**JS-6** |

| | |
|---|---|
| 1 | The Court, having considered the Stipulation to Dismiss Case with Prejudice, and |
| 2 | good cause appearing, hereby **GRANTS** the Stipulation as follows: |

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

IT IS SO ORDERED.

Date: July 29, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE